

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ELLEN E. RHEY D/B/A RHEY PROPERTIES, | § | |
| Appellant, | § | No. 08-11-00069-CV |
| v. | § | Appeal from |
| CAROLYNE REDIC AND JOHN E. REDIC, INDIVIDUALLY AND | § | 384th District Court |
| D/B/A VICTORY WARRIORS DRILL AND DANCE ACADEMY, AND | § | of El Paso County, Texas |
| VICTORY CHAPEL MINISTRIES, | § | (TC # 2010-1275) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore order that the judgment be reformed to reflect the correct assumed name, Victory Chapel Ministries. The judgment, as reformed, is affirmed. We further ORDER Appellant and its sureties, if any,[1] to perform on the judgment and pay all costs of this appeal, both in this court and the court below, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF MARCH, 2013.

---

[1] *See* TEX.R.APP.P. 43.5.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating